United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3167
_____

Donald L. Juranek,                                   *
                                                     *
            Appellant,                               *
                                                     *
    v.                                               *
                                                     *
Everett O. Inbody, Appeals Court Judge; *
Bryce Bartu; William H. Norton;                      *
Lindsey Miller-Lerman; Wesley C. Mues, *
Appeals; John C. Whitehead; Mark J.                  *
Fuhrman; Edward E. Hannon, Appeals;     *    Appeal from the United States
John R. Thompson; Clay B. Statmore;     *    District Court for the
Timothy V. Haight; Terrence L.          *    District of Nebraska.
Michaels; Barry L. Hemmerling; Leo F.   *
Meister, Butler Sheriff; Nancy L.       *       [UNPUBLISHED]
Prochaska, District Clerk, Butler       *
County; Farm Credit, Services of        *
Midlands; First Nebraska Bank, also     *
known as Platte Valley Bank; Siffring   *
Farms, Inc.; Duane Siffring; Unknown    *
Does, 1 to 99,                          *
                                                     *
            Appellees.                  *

_____

Submitted:  November 17, 1997
     Filed:  November 20, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Donald L. Juranek appeals from the district court's Federal Rule of Civil Procedure 12(b)(6) dismissal of his action.  Having reviewed the record and the parties' briefs, we conclude that the district court's judgment was correct and that an extended opinion is not warranted.  <u>See</u> 8th Cir. R. 47B.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.